(137 So. 781)

## GENERAL MOTORS ACCEPTANCE CORPORATION v. G. A. EATON.

### 8 Div. 353.

Supreme Court of Alabama

Nov. 27, 1931.

Ben L. Britnell and Eyster & Eyster, all of Decatur, and London, Yancey & Brower and Al. G. Rives, all of Birmingham, for petitioner.

J. Marvin Kelley, of Hartselle, opposed.

FOSTER, J.

Petition of the General Motors Acceptance Corporation for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Gen. Motors Acc. Corp. v. Eaton, 137 So. 780.

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.